

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00742-CR

The **STATE** of Texas,
Appellant

v.

Gustavo **VELAZQUEZ-CRUZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11803
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 12, 2025.

_____
Lori I. Valenzuela, Justice